UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN EXPRESS FINANCIAL ADVISORS INC., <br><br> Plaintiff, <br><br> v. <br><br> MARY R. DeGON and MATTHEW M. BRUCE, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. ____ ) ) **04-10979 RGS** ) ) ) ) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs American Express Financial Advisors, Inc. ("American Express") by and through its undersigned counsel, submit this corporate disclosure statement pursuant to Local Rule 7.3.

1. Identification of all parent companies, subsidiaries (except wholly owned subsidiaries) and affiliates that have issued shares to the public:

> American Express Company is the only parent, subsidiary, or affiliate of the plaintiff that has any outstanding securities in the hands of the public. American Express Company, in turn, has no parents, subsidiaries, or affiliates that have outstanding stock in the hands of the public.

Respectfully submitted,
AMERICAN EXPRESS FINANCIAL
ADVISORS, INC.

By its attorneys,

Anthony A. Scibelli (BBO #556507)
Brian E. Whiteley (BBO #555683)
Scibelli and Whiteley, LLP
Old City Hall
45 School Street, 3rd Floor
Boston, MA 02108
(617) 227-5725

-and-

Edward B. Magarian (MN No. 49219)
Todd W. Schnell (MN No. 252256)
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

Dated: May 14, 2004