◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

AMERICAN EXPRESS FINANCIAL
ADVISORS, INC.

V.

MARY R. DeGON AND
MATTHEW M. BRUCE

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04 - 10979 RGS**

TO: (Name and address of Defendant)

MATTHEW M. BRUCE
2 GLACIER WAY
BOURNE, MA 02532

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANTHONY A. SCIBELLI, ESQ.
SCIBELLI AND WHITELEY
45 SCHOOL STREET, THIRD FLOOR
BOSTON, MA 02108

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                    DATE  5-17-04

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>May 18, 2004 |
| NAME OF SERVER<br>GERARD O'DONNELL JODREY | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:~~

_____

Said service was made at: __2 GLACIER WAY, BOURNE,_____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____

Duly Authorized Agent for the within-named _____

Said service was made at:

_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 77.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 18, 2004
                Date

Signature of Server: *Gerard Jodrey* (signed)

Address of Server: One Devonshire Place, Boston, Massachusetts

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks

ALSO SERVED:                                                                    FEE

1. Complaint;                                                                   $ _____
                                                                                $ _____
2. Civil Action Cover Sheet;                                                    $ _____
                                                                                $ _____
3. Category Sheet;                                                              $ _____
                                                                                $ _____
4. Corporate Disclosure Statement;                                         AL   $ _____

5. Plaintiff's Motion for Preliminary Injunctive Relief;

6. Motion for Expedited Hearing on Plaintiff's Motion for Preliminary Injunctive Relief;

7. Plaintiff's Memorandum in Support of Motion for Preliminary Injunctive Relief;

8. Affidavit of Susan Lamb in Support of Motion for Preliminary Injunctive Relief;

9. Affidavit of Siobhan Fitzgerald in Support of Plaintiff's Motion for Preliminary Injunctive Relief;

10. Affidavit of Anthony A. Scibelli, Esq. in Support of Motion for Preliminary Injunctive Relief;

ne # (617) 720-5733
(617) 720-5737