AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 MAY 24  P 1:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERICAN EXPRESS FINANCIAL
ADVISORS, INC.

V.

MARY R. DeGON AND
MATTHEW M. BRUCE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-10979 RGS

TO: (Name and address of Defendant)

MARY DeGON
172 HAMPSTEAD WAY
MARSHFIELD, MA 02050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANTHONY A. SCIBELLI, ESQ.
SCIBELLI AND WHITELEY
45 SCHOOL STREET, THIRD FLOOR
BOSTON, MA 02108

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 5-17-04

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | May 18, 2004 |
| NAME OF SERVER: GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:~~

Said service was made at: 172 HAMPSTEAD WAY, MARSHFIELD, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at: _____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE  $ 51.00    Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 18, 2004

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

## ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.  FEE

Date    Time    Remarks    $ _____

ALSO SERVED:

1. Complaint;

2. Civil Action Cover Sheet;

3. Category Sheet;

4. Corporate Disclosure Statement;

5. Plaintiff's Motion for Preliminary Injunctive Relief;

6. Motion for Expedited Hearing on Plaintiff's Motion for Preliminary Injunctive Relief;

7. Plaintiff's Memorandum in Support of Motion for Preliminary Injunctive Relief;

8. Affidavit of Susan Lamb in Support of Motion for Preliminary Injunctive Relief;

9. Affidavit of Siobhan Fitzgerald in Support of Plaintiff's Motion for Preliminary Injunctive Relief;

10. Affidavit of Anthony A. Scibelli, Esq. in Support of Motion for Preliminary

# (617) 720-5733
(617) 720-5737