UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**AMERICAN EXPRESS FINANCIAL ADVISORS, INC.**

          **V.**          **CIVIL ACTION NO. 04-10979-RGS**

**MATTHEW BRUCE, ET AL**

# ORDER FOR STATUS REPORT

**STEARNS, DJ.**          **SEPTEMBER 16, 2005**

**COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY ORDERED TO FILE A WRITTEN "STATUS REPORT" WITH THIS COURT, <u>EITHER JOINTLY, OR SEPARATELY BY EACH SIDE,</u> ON OR BEFORE:**

<u>**OCTOBER 17, 2005.**</u>

**FAILURE TO COMPLY WILL RESULT IN SANCTIONS TO BE IMPOSED BY THE COURT.**

    **SO ORDERED.**

                              **RICHARD G. STEARNS**
                              **UNITED STATES DISTRICT JUDGE**

          **BY:**

                    **/s/ Mary H. Johnson**
                    **Deputy Clerk**