**DORSEY**

EDWARD B. MAGARIAN
(612) 340-[?]73
FAX (612) 340-[?]07
magarian.edward@dorsey.com

September 20, 2005

The Honorable Richard G. Stearns
Judge of the District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    Mary DeGon and Matthew M. Bruce
            Court File No. 04-10979-RGS

Dear Judge Stearns:

    On August 25, 2004, the parties entered into a confidential Settlement Agreement pursuant to which the above action may be dismissed with prejudice, each party bearing its own costs and attorneys fees.

                                  Very truly yours,

                                  Edward B. Magarian

cc:    Anthony Paduano