PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 3, 2005

Re: <u>American Express, etc. v. De Gon, No. 04-10979-RGS</u>

Dear Judge Stearns:

We represented defendants in the referenced matter.

Mr. Magarian's September 20, 2005 letter to the Court accurately states the disposition of the matter.

Respectfully,

Anthony Paduano

The Honorable Richard G. Stearns
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

cc: Edward B. Magarian, Esq.